**Order entered November 12, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01286-CV

## COMMERCE STREET CAPITAL, LLC, Appellant

## V.

## DURANT BANK CORP., ET AL., Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-14703**

## ORDER

This appeal is from the trial court's order denying appellant's motion to increase security to protect its interests as judgment creditor. Before the Court are appellant's October 24, 2019 motion to review the trial court's order, appellees' October 31, 2019 preliminary response in opposition, and appellant's October 31, 2019 unopposed motion to withdraw the October 24th motion as prematurely filed. We **GRANT** the October 31st motion and **ORDER** the October 24th motion withdrawn without prejudice to refiling.

We note an appeal from the underlying judgment has been filed and is docketed appellate cause number 05-19-00343-CV. Because the two appeals are related, we **CONSOLIDATE** them on our own motion. We **DIRECT** the Clerk of the Court to transfer all documents from this appeal into appellate cause number 05-19-00343-CV. For administrative purposes, this

appeal is treated as a closed case.  The parties shall now use only cause number 05-19-00343-CV

when referencing the appeal.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE